# Exhibit B

## CONSENT TO JOIN WAGE CLAIM

NAME: _____Landon Burress_____

1. I hereby give my consent to participate in a wage lawsuit against Ford Motor Company and/or to pursue my claims of unpaid wages during the time that I worked with the company.

2. I understand that this lawsuit is brought under the Fair Labor Standards Act (FLSA) and the appropriate state wage laws and consent to be bound by the Court's decision.

3. I designate the law firms and attorneys at Barkan Meizlish DeRose Cox, LLP ("Barkan Meizlish, LLP") and Anderson Alexander, PLLC ("A2X") as my attorneys to prosecute my wage claims.

4. I intend to pursue my claim individually, unless and until the Court grants court supervised notice to be sent out to all employees entitled to notice of this lawsuit. I agree to serve as the Plaintiffs' Representative if the Court so approves. If someone else serves as the Plaintiffs' Representative, then I designate the Plaintiffs' Representative(s) as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting the litigation, the entering of an agreement with the Plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

5. I authorize the law firms and attorneys at Barkan Meizlish, LLP and A2X to use this consent to file my claim in a separate lawsuit, class/collective action, or arbitration against the company.

6. I provide the law firms and attorneys at Barkan Meizlish, LLP and A2X prior express consent to contact me via phone or text, including calls or texts made using an automated telephone dialing system and/or texting system, at any telephone number on which I can be reached.

Signature: _____[signature]_____   Date: _____02/13/2025_____